# IN THE UNITED DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JANE KILEY VILLERE**                                                     **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.**    1:22cv98 LG-RHWR

**QBE SPECIALTY INSURANCE COMPANY**                              **DEFENDANT**

## NOTICE OF REMOVAL

Defendant, QBE Specialty Insurance Company ("QBE"), by and through its undersigned counsel, appears for the purpose of presenting this Notice of Removal of the cause described below from the First Judicial District of the Circuit Court of Harrison County, Mississippi to the United States District Court for the Southern District of Mississippi, Southern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

### I. JURISDICTION AND VENUE

1.     This civil action was originally commenced by the Plaintiff on February 14, 2021, in the First Judicial District of the Circuit Court of Harrison County, Mississippi.  (*See* Complaint, Exhibit "A".)

2.     This Court has jurisdiction over this matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3.     The United States District Court for the Southern District of Mississippi, Southern Division is the proper venue for this matter since the matter is removed from the First Judicial District of the Circuit Court of Harrison County, Mississippi.

4.     Thirty (30) days or less, as calculated under applicable law, have elapsed since the removing Defendant was served with process in this matter[1], and this removal has been

---

[1] While Plaintiff apparently served process on CT Corporation System ("CT") on February 16, 2022,

accomplished within one (1) year after commencement of the action so as to be timely within the provisions of 28 U.S.C. §1446(b).

## II. DIVERSITY OF CITIZENSHIP JURISDICTION

5. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 since the parties to this matter are of entirely diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## III. PARTIES

6. According to the Complaint, Plaintiff Jane Kiley Villere ("Plaintiff") was and is a citizen of Harrison County, Mississippi. (*See* Complaint, Exhibit "A", at ¶ I.)

7. QBE was and is an insurance company organized and existing under the laws of the State of North Dakota and has its principal place of business in the State of New York.

## IV. AMOUNT IN CONTROVERSY

8. The amount in controversy exceeds $75,000, exclusive of interest and costs.

9. It appears that Plaintiff is seeking a total of $73,502.94 in contractual damages from QBE: "$62,629.96 in damages to [Plaintiff's] dwelling and $14,688.32 for Plaintiff's personal property" less the $3,815.34 paid by QBE. (*See* Complaint, Exhibit "A", at ¶¶ X., XIII.)

10. In addition to her claims for damages for breach of contract, Plaintiff also seeks an award of extra-contractual damages, including damages for "emotional distress and mental anguish," attorneys' fees, expert witness fees, and "bad faith penalties." (*See* Complaint, Exhibit "A", at ¶¶ XXIX, XXXV.) Plaintiff's reference to "bad faith penalties" is a mere euphemism for extracontractual damages, including punitive damages and attorneys' fees.

---

CT notified Plaintiff's counsel that day that it was "not the registered agent" for QBE. (*See* Letter dated 2/16/22, Exhibit "B".) Thereafter, Plaintiff's counsel requested that counsel for QBE accept service of process on behalf of QBE, and counsel for QBE agreed to accept such process effective March 22, 2022. (*See* Email Chain dated 3/23/22, Exhibit "C".)

11. "[F]ederal courts in Mississippi have consistently held that a claim for an unspecified amount of extracontractual punitive damages under Mississippi law is deemed to exceed the amount necessary for federal jurisdiction." *Cartwright v. State Farm Mut. Auto. Ins. Co.*, No. 4:14CV57-GHD-JMV, 2014 WL 6959045, at *3 (N.D. Miss. Dec. 8, 2014).[2]

## V. CONCLUSION

12. Copies of all process, pleadings, and other papers filed in the First Judicial District of the Circuit Court of Harrison County, Mississippi, are attached hereto collectively as Exhibit "D."

13. Pursuant to 28 U.S.C.§ 1446 a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Harrison County, Mississippi, and written notice of the filing of this Notice or Removal is being given directly to all parties or through their counsel of record.

14. Pursuant to this removal and the clear provisions of 28 U.S.C. § 1446, there should be no further proceedings in the First Judicial District of the Circuit Court of Harrison County, Mississippi.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendant, QBE Specialty Insurance Company, respectfully requests this Court to properly assume full jurisdiction over this action.

---

[2] *See also McAfee v. Allstate Ins. Co.*, No.: 3:18-CV-300-HTW-LRA, 2019 WL 4783107, at *8 (S.D. Miss. Sept. 29, 2019); *Magruder v. Brashier*, No. 3:18-CV-588 HTW-LRA2019 3824249, at *1 (S.D. Miss. Aug. 14, 2019); *Walker v. Scales*, No. 1:13CV227-SA-DAS, 2014 WL 670216 (N.D. Miss. Feb. 20, 2014); *Montgomery v. First Family Fin. Serv. Inc.*, 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002); *Brasell v. Unumprovident Corp.*, 2:01CV202-D-B, 2001 WL 1530342, at *2 (N.D. Miss. Oct. 25, 2001) (citing *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1255 (5th Cir. 1998); *Myers v. Guardian Life Ins. Co. of America, Inc.*, 5 F. Supp. 2d 423, 428-429 (N.D. Miss. 1998); *Marcel v. Poole Co.*, 5 F.3d 81, 84-85 (5th Cir. 1993); *Allstate Ins. Co. v. Hilben*, 692 F. Supp. 698, 701 (S.D. Miss. 1988)).

THIS, the 21st day of April, 2022.

              Respectfully submitted,

              **QBE SPECIALTY INSURANCE COMPANY**

BY: */s/Joseph W. Gill*
   EDWARD J. CURRIE, JR. (MSB #5546)
   JOSEPH W. GILL (MSB #102606)
   CURRIE JOHNSON & MYERS, P.A.
   1044 River Oaks Drive
   Flowood, MS  39232
   P. O. Box 750
   Jackson, MS  39205-0750
   Telephone: (601) 969-1010
   Telecopier: (601) 969-5120
   ecurrie@curriejohnson.com
   jgill@curriejohnson.com

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have on this day served via United States Mail, postage fully prepaid, a true and correct copy of the foregoing to the following:

Lindsey A. Topp
Hair Shunnarah Trial Attorneys
3540 S. I-10 Service Rd. W., Ste. 300
Metairie, LA 70001
topp@hairshunnarah.com

Connie Ladner
Harrison County Circuit Clerk
1801 23rd Ave.
Gulfport, MS 39501

THIS, the 21st day of April, 2022.

              */s/Joseph W. Gill*
              JOSEPH W. GILL