IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JANE KILEY VILLERE**                                                   **PLAINTIFF**

**v.**                             **CAUSE NO. 1:22-cv-98-LG-BWR**

**QBE SPECIALTY INSURANCE COMPANY**                         **DEFENDANT**

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**BEFORE THE COURT** is the [26] Joint Motion to Dismiss filed by the parties in this matter. The parties have announced to the Court a settlement of this case, including all of Plaintiff's claims, and request that the Court dismiss this case in its entirety with prejudice. After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [26] Joint Motion to Dismiss filed by the parties is **GRANTED.** This case is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2022.

                                                  s/ *Louis Guirola, Jr.*
                                                  Louis Guirola, Jr.
                                                  United States District Judge